# Court of Appeals
# of the State of Georgia

ATLANTA, _October 10, 2012_

*The Court of Appeals hereby passes the following order:*

**A13D0057.  DANNY HAWK v. JOE LEWIS WALKER.**

Danny Hawk, appearing pro se, has filed an application for discretionary appeal of two orders entered by the trial court on February 21, 2012.  One of the orders entered a default judgment as to liability against Joe Lewis Walker and the other denied Hawk's motion to recuse.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d).  Hawk filed his application on September 19, 2012, 211 days after entry of the trial court's orders.  Accordingly, we lack jurisdiction to consider the application, which is hereby DISMISSED as untimely.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/10/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*